■ In the Matter of JUAN CABEZAS et al., Respondents, v CITY OF NEW YORK, Respondent, and NEW YORK CITY HOUSING AUTHORITY, Appellant.—Order, Supreme Court, New York County (Stanley L. Sklar, J.), entered July 3, 1991, which granted petitioners' motion for leave to file a late notice of claim against the municipal defendant, unanimously affirmed, without costs.

In the circumstances we find it to have been a reasonable exercise of discretion for the court to grant the application to file two months beyond the 90-day period (see, Cruz v New York City Hous. Auth., 178 AD2d 291). Petitioner Juan Cabe-

zas was severely incapacitated, by the severance of his right arm. Further, we note that the defendant Housing Authority had agents and employees at the accident site who investigated and/or filed detailed reports allowing ample opportunity to examine the insulation mulching machine in question. Concur—Ellerin, J. P., Kupferman, Ross, Asch and Kassal, JJ.